# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 11, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132736

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH GROSS,
      Defendant-Appellant.

SC: 132736
COA: 272031
Kent CC: 05-003275-FC

_____/

On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered. We DIRECT the Kent County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.

KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 11, 2007

Clerk

d0404